UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**EARL WILLIAMS,**

    **Plaintiff,**

                          **CASE NO.:  1:14-CV-2847**

**vs.**

**D & K SUIT CITY, LLC, a Georgia
Limited Liability Company,**

    **Defendant.                              /**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, EARL WILLIAMS, and Defendant, D & K SUIT CITY, LLC, a Georgia Limited Liability Company, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) hereby file this joint stipulation dismissing this action with prejudice**.**  Pursuant to *Anago Franchising, Inc. v. Shaz, LLC,* 2012 WL 380417, *4-6 (11th Cir. 2012), a Rule 41 dismissal automatically divests the district court of jurisdiction.

Respectfully submitted this 24th day of November 2014, by:

| **/s/ C. RYAN MORGAN** | **/s/ DAVID A. ANTON** |
|---|---|
| C. Ryan Morgan, Esq. | David A. Anton, Esq. |
| Georgia Bar No: 711884 | Georgia Bar No. 020552 |
| Morgan & Morgan, P.A. | David A. Anton, P.C. |
| 20 N. Orange Ave., 14th Floor | 2050 Marconi Drive, Suite 300 |
| P.O. Box 4979 | Alpharetta, GA 30005 |
| Orlando, FL 32802-4979 | Telephone: (770) 777-8296 |
| Telephone: (407) 420-1414 | Email: daveanton@mindspring.com |

| | |
|---|---|
| Facsimile: (407) 245-3401<br>Email: rmorgan@forthepeople.com<br>***Attorney for Plaintiff*** | ***Attorneys for Defendant*** |